IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER MILLER                                                PLAINTIFF

V.                    CASE NO. 3:19-CV-328-BSM

KEVIN MOLDER, *et al*.                                            DEFENDANTS

## ORDER

After careful review, United States Magistrate Judge Joe Volpe's recommended disposition [Doc. No. 6] is adopted, and this case is dismissed without prejudice.

Christopher Miller failed to pay the filing fee in full or file a new application to proceed *in forma pauperis* [Doc. No. 5]. It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 30th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE