IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER MILLER                                                            PLAINTIFF

V.                    CASE NO. 3:19-CV-328-BSM

KEVIN MOLDER, *et al.*                                                 DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 30th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE